UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.    SACV 21-1515-MWF (KS)                                        Date: March 23, 2022

Title    *John Borkowski v. Orange County Police Dept. et al.*

Present:  The Honorable:    Karen L. Stevenson, United States Magistrate Judge

Gay Roberson
Deputy Clerk                                               Court Reporter / Recorder

Attorneys Present for Plaintiffs:            Attorneys Present for Defendants:

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL**

Plaintiff, a California inmate proceeding *pro se* and *in forma pauperis*, commenced this civil rights action on September 13, 2021.  (Dkt. No. 1.)  Plaintiff sues two municipal police departments and an unnamed detective for excessive force after Plaintiff was allegedly hit by an unmarked police vehicle during Plaintiff's apprehension.  (*Id.*)

On October 1, 2021, the Court dismissed the Complaint with leave to amend and ordered Plaintiff to file a First Amended Complaint.  (Dkt. No. 9.)  On December 18, 2021, Plaintiff filed a First Amended Complaint (Dkt. No. 12), which the Court also dismissed with leave to amend.  (Dkt. No. 14.)  On December 13, 2021, Plaintiff filed a Second Amended Complaint (Dkt. No. 20), which the Court again dismissed with leave to amend. (Dkt. No. 21.)  The Court ordered Plaintiff to file a Third Amended Complaint ("TAC") no later than January 11, 2022.  (*Id.* at 9.)

On January 26, 2022, Plaintiff requested an extension of time to file his TAC.  (Dkt. No. 22.)  The Court granted the request and extended the deadline to file the TAC to March 2, 2022.  (Dkt. No. 23.)

Three weeks have now passed since Plaintiff's March 2, 2022 deadline and Plaintiff has neither filed a TAC nor requested an additional extension of time to do so.  Pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, an action may be subject to involuntary dismissal if a plaintiff "fails to prosecute or to comply with these rules or a

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   SACV 21-1515-MWF (KS)                                     Date: March 23, 2022

Title      _John Borkowski v. Orange County Police Dept. et al._

court order."  Accordingly, the Court could properly recommend dismissal of the action for Plaintiff's failure to timely comply with the Court's January 31, 2022 Order.

However, in the interests of justice, Plaintiff is **ORDERED TO SHOW CAUSE, on or before April 13, 2022, why the Court should not dismiss this action** for failure to prosecute.  To discharge this Order and proceed with this action, **Plaintiff must file, on or before the April 13, 2022 deadline, a Third Amended Complaint** correcting the defects identified in the Court's December 21, 2021 Order.

**Plaintiff's failure to timely comply with this order will result in a recommendation of dismissal.**

The Clerk is directed to send Plaintiff a copy of the Court's December 21, 2021 Order (Dkt. No. 21) and the Central District's standard civil rights complaint form.

If Plaintiff no longer wishes to pursue this action, he may dismiss the Complaint without prejudice by filing a signed document entitled "Notice Of Voluntary Dismissal" pursuant to Rule 41(a).

**IT IS SO ORDERED.**

                                                                                    :

                                                **Initials of Preparer**   gr