JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BORKOWSKI, | NO. SACV 21-01515 MWF (KS) |
| Plaintiff, | |
| v. | JUDGMENT |
| ORANGE COUNTY POLICE DEPT., et al., | |
| Defendants. | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that this action is dismissed without prejudice.

DATED: June 8, 2022

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE